# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SOUTH PAWS VETERINARY
SURGICAL SPECIALISTS, LLC
AND JENNIFER HANCOCK

VERSUS

DENA LODATO AND RESURGE
VETERINARY SURGICAL
SPECIALISTS &
REHABILITATION, LLC

NO.  2024 CW 0292

**JUNE 3, 2024**

---

In Re:    Dena Lodato, DVM and Resurge Veterinary Surgical
          Specialists & Rehabilitation, LLC, applying for
          supervisory writs, 22nd Judicial District Court,
          Parish of St. Tammany, No. 202112423.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Const. Co.,
Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La.
1981) (*per curiam*) are not met.

**EW**

**TPS**

**Welch, J.**, concurs. No evidence was admitted at the
hearing, and there has been no showing that the trial court
abused its vast discretion.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT